IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 13 |
| MICHAEL D. MILLIGAN, | ) | |
| | ) | BANKRUPTCY NO. 13-41013 |
| Debtor. | ) | |

## COMBINED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

NOW COME Scott P. Hendricks and Cynthia A. Hagan of the law office of Hendricks & Hagan and enters their appearance as counsel for The Bank of Carbondale, and pursuant to Rules 2002, 9007, and 9010 of the Rules of Bankruptcy Procedure, respectfully requests that all notices hereafter given or required to be given, all notices of adversary matters, and all documents served or required to be served in the case, be given to and served upon the Law Office of Hendricks & Hagan, 206 West College, Suite 12, Carbondale, Illinois 62901, telephone (618) 529-2274.

The foregoing request includes not only the notices and appearance referred to in the rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: September 27, 2013

Respectfully Submitted,

Scott P. Hendricks, 06184949
Cynthia A. Hagan, 06187140
Attorneys for The Bank of Carbondale

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document was mailed to all parties who have NOT BEEN ELECTRONICALLY NOTIFIED by enclosing the same in an envelope addressed to each attorney or interested party at their address(es) disclosed by the pleadings of record, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Carbondale, Illinois on August 27th, 2013.

| | | |
|---|---|---|
| Bradley P. Olson | Bob Kearney | U.S. Department of Justice |
| Attorney at Law | Chapter 13 Trustee | U.S. Trustee, Region X |
| 101 E. DeYoung | P.O. Box 998 | Becker Building |
| Marion, IL 62959 | Benton, IL 62812 | 401 Main, Room 1100 |
| | | Peoria, IL 61602 |